**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

```
Theodore M. Sotak              :
         Plaintiff,            :    Civil# 10-1316 (KSH)
                               :
         v.                    :    Order for Dismissal
                               :    Pursuant to F.R. Civ. P.4(m)
Equifax                        :
         Defendant,            :
```

It appearing that the above captioned action has been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed,

It is on this 3rd day of August 2010,

**O R D E R E D** that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

/s/ Katharine S. Hayden
_____
KATHARINE S. HAYDEN
United States District Judge